# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK DOLBIN,** : | |
| Petitioner : | |
| : | CIVIL ACTION NO. 3:17-0257 |
| v. : | |
| : | (Judge Mannion) |
| Warden, Allenwood : | |
| Low Security, | |
| : | |
| Respondent | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Petitioner's motion to supplement (Doc. 23) is **DISMISSED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 29, 2019**
17-0257-01-ORDER